Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for NCO Portfolio Management, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRA FRITZLER,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>NCO PORTFOLIO MANAGEMENT, INC., HUNT AND HENRIQUES; and DOES 1 through 10 inclusive,<br><br>　　　　　　　Defendant. | Case No.  C09-02911 ADR CW<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

　　　　Plaintiff, ALEXANDRA FRITZLER, filed the present action against NCO PORTFOLIO MANAGEMENT, INC. ("NCOPM") on June 29, 2009.  NCOPM filed its responsive pleading on August 12, 2009.  Plaintiff and NCOPM subsequently resolved the action in its entirety as between these two parties.  As part of said resolution, Plaintiff agrees to dismiss NCOPM from the action with prejudice.  Plaintiff is not releasing her claims against Defendant Hunt & Henriques.

IT IS HEREBY STIPULATED by and between Plaintiff and NCOPM through their designated counsel that NCOPM is dismissed from the above captioned action with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 9/9/09        SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Albert R. Limberg
Albert R. Limberg,
Attorney for Defendant,
NCO Portfolio Management, Inc.

Dated: 9/9/09        LAW OFFICES OF ERIC F. FAGAIN

/s/ Jeremy Golden
Jeremy Golden,
Attorney for Plaintiff,
Alexandra Fritzler

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   9/14/09        _____
Hon. Claudia Wilken
United States District Judge

